# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TIMOTHY M. SLADE  
230 THEODORE STREET  
LOVES PARK, IL  61111

SSN-xxx-xx-9952

Case Number: 06-70951

Case filed on: 6/6/2006  
Plan Confirmed on: 9/1/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $28,556.84          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF CROSBY & ASSOCIATES | 3,500.00 | 3,500.00 | 2,720.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 2,720.00 | 0.00 |
| 999 | TIMOTHY M. SLADE | 0.00 | 0.00 | 402.08 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 402.08 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 2,500.00 | 2,500.00 | 2,500.00 | 143.15 |
| 002 | CITIFINANCIAL | 312.20 | 157.24 | 157.24 | 0.00 |
| 003 | CITIFINANCIAL MORTGAGE COMPANY | 1,408.30 | 704.16 | 704.16 | 0.00 |
| 016 | HEIGHTS FINANCE | 4,625.00 | 4,625.00 | 4,625.00 | 0.00 |
|  | Total Secured | 8,845.50 | 7,986.40 | 7,986.40 | 143.15 |
| 001 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ABC CASH N GO | 2,295.06 | 2,295.06 | 2,295.06 | 0.00 |
| 005 | ACCT RCV SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ADVANCE AMERICA | 1,157.25 | 1,157.25 | 1,157.25 | 0.00 |
| 007 | ADVANCE CASH EXPRESS | 5,885.01 | 5,885.01 | 5,885.01 | 0.00 |
| 008 | AMERICAN CASH-N-GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CASH ASAP - #317 | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CASH TRANSFER CENTERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CITIBANK USA / SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CITIZENS FINANCE | 1,054.70 | 1,054.70 | 1,054.70 | 0.00 |
| 014 | COLLECTION CO AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDIT BUREAU OF COLUMBUS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | HEIGHTS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 3,210.26 | 3,210.26 | 3,210.26 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 976.77 | 976.77 | 976.77 | 0.00 |
| 019 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | PAYDAY ADVANCE PLUS | 520.00 | 520.00 | 520.00 | 0.00 |
| 028 | ROCKFORD MERCANTILE AGENCY INC | 138.20 | 138.20 | 138.20 | 0.00 |
| 029 | NOREEN S. SLADE | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | CREDITORS BANKRUPTCY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | MUTUAL MANAGEMENT SERVICES | 347.25 | 347.25 | 347.25 | 0.00 |
|  | Total Unsecured | 15,584.50 | 15,584.50 | 15,584.50 | 0.00 |
|  | Grand Total: | 27,930.00 | 27,070.90 | 26,692.98 | 143.15 |

Total Paid Claimant:       $26,836.13  
Trustee Allowance:         $1,720.71  
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008             By  /s/Heather M. Fagan